IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
APR 02 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:25 CR 149 |
| | ) | JUDGE HELMICK |
| v. | ) | CASE NO. _____ MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| MARCUS ARNOLD, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about March 12, 2025, in the Northern District of Ohio, Western Division, Defendant MARCUS ARNOLD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felon in Possession of a Firearm, on or about September 22, 2021, in Case Number 3:20-CR-00305, in the United States District Court for the Northern District of Ohio, Western Division, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson model CSX, .9 mm caliber pistol, bearing serial number SBC1890, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

ORIGINAL

924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant MARCUS ARNOLD shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.